UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

RE: Lisa Cabrera

Debtor(s)

Case: 06-21936

**AUTHORITY TO ACT**
Limited Power of Attorney
LIMITED TO ONE TRANSACTION

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Lisa Cabrera** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,650.00** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _____     09/14_____, 20 12
Lisa Cabrera                          Date

Tax ID: XXX-XX-  1485

### ACKNOWLEDGMENT

STATE OF __NJ__ )     COUNTY OF __Burlington__ )

On this __14__ day of __September, 2012__ before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Lisa Cabrera known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _____

Residing at _____

My Commission expires _____

RAYMOND T. BELTZ
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 27, 2014

EXHIBIT A



**SEARS Gold MasterCard** Account Number: [REDACTED]

| Account Balance | Payment Due Date | Total Minimum Due |
|---|---|---|
| 2179.05 | 11/19/05 | $9.00 |

Amount Enclosed
$ 200.00

Make Checks Payable to Sears Credit Cards

Change of Address?

MANAGE YOUR ACCOUNT ONLINE 24 HOURS A DAY AT SEARSCARD.COM. REGISTER TODAY! IT'S FAST, CONVENIENT & FREE!

LISA M CABRERA
25 FOXTON DRIVE
ATCO NJ 08004
0009327

PO BOX 182156
COLUMBUS OH 43218-2156

5128  5121075014595818  0017305  0000000  0020000

---

SEARS
BURLINGTON, NJ 01874
RETAIN FOR COMPARISON WITH MONTHLY
STATEMENT OR FOR RETURN OR EXCHANGE

SALESCHECK #
018745210668

```
TRAN#  PG/STORE  REG#   ASSOC#
0668   99 01874   521    455
SEARS  MASTERCARD  PMT
           B5818    200.00
       TAX 06.000%    .00
       AMOUNT TENDERED  200.00
11/23/05  CHANGE DUE      .00
          CASH TOTAL   200.00
```

Proof of Address
Page 1 of 1