July 2, 2013

Case No. 06-21936

Attn:  Judge Burns

Court Room 4C

I am writing you this letter per requested in court on 7/2/2013.  Please see the attach social security for your review.  I would like for the courts to relinquish the $2650.00 to me (Lisa Cabrera).  The law firm I hired has done nothing but change court dates since the time I hired them in September 2012.  I was not informed about any court appearances until I complained to them in May 2013.  They told me this case was done in September 2012, another occasion they told me I had a different court date.  I am tired of waiting for the money and I personally don't feel they care about me at all.  They asked for more ID, yet the courts only wanted to know my social security due to discrepancies made.  The law firm did not do any work for me, so they are not entitled to a portion of my monies.  After numerous changes in court dates I decided to take matters into my own hands by appearing on 7/2/2013.  If Dilks & Knopik LLC, 35308 SE Center St, Snoqualmie, WA 98065 feel they did $1100 in work by changing court dates from 9/2012 to present, then let them prove it to the courts.

Thank you in advance.

Sincerely,

Lisa Cabrera