**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
U.S. POST OFFICE & COURTHOUSE BLDG.
P.O. BOX 2067
CAMDEN, NJ 08101-2067

GLORIA M. BURNS
CHIEF BANKRUPTCY JUDGE

(856)361-2310

July 17, 2013

Ms. Lisa Cabrera
48 Bently Lane
Willingboro, NJ 08046

    Re:    Lisa Cabrera, Debtor.
           Case No. 06-21936 (GMB)

Dear Ms. Cabrera:

At the hearing held in this matter on July 2, 2013, I requested that you file a copy of your social security card in support of the motion directing payment of unclaimed funds, and I note that on July 10, 2013 you filed that document with the Court. In anticipation of the continued hearing to be held on July 23, 2013, at 10:00 a.m., I ask that you bring the original social security card to Court with you and be prepared to explain why this social security number does not match the social security number which was presented on your bankruptcy petition.

Very truly yours,

Gloria M. Burns,
Chief U.S. Bankruptcy Judge

GMB/nar

c: Eric Clayman, Esquire