UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Lisa Cabrera

Case No.: 06-21936

Chapter: 13

Hearing Date: 8/6/2013

Judge: GMB

Order Filed on 8/7/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby ORDERED.

**DATED: 8/7/2013**

Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

This matter having come before the Court by motion of _____Lisa Cabrera_____ requesting payment of unclaimed funds in the amount of $ _____2650.00_____ and the Court being fully appraised,

IT IS HEREBY ORDERED:

That the amount of $ _____2385.00_____ is payable to:

Name:             Lisa Cabrera

Current Address:  48 Bentley Lane

                  Willingboro, NJ 08046

```
IT IS FURTHER ORDERED:

That the amount of $265.00 is payable to:

Name:  Dilks & Knopik
Address:  1760 Newport Way
          PO Box 2728
          Issaquah, WA 98027
```

*rev.4/25/12*

*Approved by Judge Gloria M. Burns August 07, 2013*